IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIE A. SMITH,

    Plaintiff,

vs.                                CASE NO. 5:07cv45/RS

WARDEN HARRIS, et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 6). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Order and Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice. If Plaintiff re-files his claim, it must be accompanied by full payment of the $350.00 filing fee.

3. The clerk is directed to close the file.

ORDERED on April 2, 2007.

                                         /S/ Richard Smoak
                                         **RICHARD SMOAK**
                                         **UNITED STATES DISTRICT JUDGE**